11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Efrain Lopez,

* From the 345th District
Court of Travis County,
Trial Court No. D-1-GN-10-001042.

Vs. No. 11-11-00102-CV

* April 11, 2013

Los Cielos Homeowners Association, Inc.,

* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.